# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 14-40842
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

Lyle W. Cayce
Clerk

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GUSTAVO ADOLFO AYALA-ALEMAN, also known as Carlos Rafael
Barroso,

Defendant-Appellant

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CR-227-1

---

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gustavo Adolfo
Ayala-Aleman has moved for leave to withdraw and has filed briefs in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Ayala-Aleman has not filed a response.
We have reviewed counsel's briefs and the relevant portions of the record

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-40842

reflected therein.      We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.      Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.